UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>368 WEST RIDGE ROAD, CORNVILLE, MAINE, with all appurtenances and improvements thereon,<br><br>Defendant *In-Rem*. | No. 1:24-cv-00166-JAW |

**DECREE OF FORFEITURE**

On May 9, 2024, a Verified Complaint for Forfeiture against the Defendant *in-rem* property was filed on behalf of the plaintiff United States of America pursuant to the provisions of Title 21, United States Code, Sections 881(a)(7) and 28 United States Code §2461(a).

On June 7, 2024, potential claimant Yuling Mei, the owner of record of the property, was served by certified mail with a copy of the Verified Complaint for Forfeiture, Notice of Forfeiture (in English and Chinese), and a Lis Pendens relating to this matter. The U.S. Postal Service green card was purportedly signed by Yuling Mei on June 11, 2024. No claim has been received.

Between May 22, 2024 and June 20, 2024, notice of this action was published on the official government website www.forfeiture.gov.

On June 18, 2024, copies of the Verified Complaint for Forfeiture, Notice of Forfeiture (in English and Chinese) and a copy of the Lis Pendens relating to this matter were posted on the Defendant *in-rem* property by the United States Marshals Service.

It appears that process was fully issued in this action and returned according to law.

On September 9, 2024, the Defendant *in-rem* property and all persons claiming an interest in the Defendant *in-rem* property were defaulted.

It appears from the record that no other claims, contested or otherwise, have been filed against the Defendant *in-rem* property and the time to do so has expired.

NOW THEREFORE, on motion of the plaintiff United States of America for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Defendant *in-rem* property is **FORFEITED** to the United States of America and that no right, title, or interest shall exist in any other person or entity, including any rights of possession or occupancy.

**IT IS FURTHER ORDERED** that the Defendant *in-rem* property shall be disposed of according to law.

**SO ORDERED,**

DATED: October 8, 2024

John A. Woodcock, Jr.
United States District Court